# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS L. WEAVER,** | : | CIVIL ACTION NO. 1:06-CV-01768 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **JOHN PALAKOVICH, et al.,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 13th day of September, 2007, upon consideration of petitioner's motions for appointment of counsel (Docs. 36 & 40), and for the reasons previously stated in the court's order dated July 10, 2007 (Doc. 35), and it appearing the petition for writ of habeas corpus (Doc. 1) is ripe for disposition, it is hereby ORDERED that the motions (Docs. 36 & 40) are DENIED. In the event, however, that future proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon motion of petitioner.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge