IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS L. WEAVER,** | : | CIVIL ACTION NO. 1:06-CV-01768 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **JOHN PALAKOVICH, et al.,** | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 24th day of January, 2008, upon consideration of petitioner's motions to amend (Docs. 50 & 53) his motion for reconsideration of the court's December 17, 2007, memorandum and order dismissing the petition for writ of habeas corpus under 28 U.S.C. § 2254 as time barred by the statute of limitations provided by 28 U.S.C. § 2244(d) (Doc. 46), it is hereby ORDERED that:

1. Petitioner's motions to amend his motion for reconsideration (Docs. 50 & 53) are GRANTED.

2. Petitioner's first motion for reconsideration (Doc. 47) is DENIED as moot.

3. Petitioner's amended motion for reconsideration (Doc. 51) is accepted for filing.

4. Respondents are directed to file a response to petitioner's amended motion for reconsideration on or before February 11, 2008.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge